UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

RON KIRK; and all others
similarly situated,

              Plaintiffs,

        v.

TERRY D. GOBEL and JANE DOE
GOBEL, husband and wife,

              Defendants.

NO. CV-08-0344-EFS

**ORDER OF DISMISSAL WITH PREJUDICE**

The parties agree that the above-entitled action has been fully settled and that this action may be dismissed with prejudice.  (ECF No. 165.)  Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED**:

1.    The Stipulated Motion to Dismiss **(ECF No. 165)** is **GRANTED.**

2.    This action is **DISMISSED** with prejudice and without fees or costs to either party.

3.    This file shall be **CLOSED.**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide a copy to counsel.

**DATED** this ___25th___ day of January 2011.

_____
S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Civil\2008\0344.stip.dism.wpd

ORDER ~ 1